# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2023 KW 0717

VERSUS

STEVEN ANTHONY WALCOTT, JR.

**AUGUST 17, 2023**

---

In Re:    Steven Anthony Walcott, Jr., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, Nos. 728672, 685155, 746493, 748075.

---

**BEFORE:    THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT DENIED.**

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT